**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| XUECHUN LI, Individually and On Behalf of All Others Similarly Situated, | **Civil Action:** |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| vs. | **JURY TRIAL DEMANDED** |
| GRIDSUM HOLDING INC., GUOSHENG WI, PENG ZHANG, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC. and STIFEL, NICOLAUS & COMPANY INCORPORATED, | |
| Defendants. | |

Plaintiff ("Plaintiff"), individually and on behalf of all other persons similarly situated, by his undersigned attorneys, for his complaint against Defendants, alleges the following based upon personal knowledge as to himself and his own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through his attorneys, which included, among other things, a review of Defendants' public documents, United States Securities and  Exchange Commission ("SEC") filings, wire and press releases published by and regarding Gridsum Holding Inc. ("Gridsum" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet.  Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all  persons other  than  Defendants  who  purchased  or  otherwise  acquired  Gridsum  securities  between

September 22, 2016 through April 20, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder and violations of Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), against the Company, certain of its top officials and the Underwriter Defendants (defined below).

2.    Gridsum Holding, Inc. is a holding company that designs and develops sophisticated data analysis software for multinational and domestic enterprises and government agencies in China.  The Company offers software that allows customers to collect and analyze information that is collected, indexed, and stored in an organized manner.

3.    Founded in 2005, Gridsum is headquartered in Beijing, China, and its American Depositary Shares ("ADSs") trade on the NASDAQ Global Select Market ("NASDAQ") under the ticker symbol "GSUM."

4.    In the Company's initial public offer (the "IPO") documents and throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Gridsum lacked effective internal control over financial reporting; (ii) consequently, Gridsum's financial statements were inaccurate and misleading, and did not fairly present, in all material respects, the financial condition and results of operations of the Company; and (iii) as a result of the foregoing, Gridsum's public statements were materially false and misleading at all relevant times.

5.    On April 23, 2018, Gridsum issued a press release entitled "Gridsum Reports Suspension of Audit Report on Financial Statements," announcing that its "audit report for the

Company's financial statements for the year ended December 31, 2016 should no longer be relied upon." According to the press release, Gridsum's auditor identified certain issues in conducting its audit of Gridsum's financial results for the year ended December 31, 2017. Those issues related to "certain revenue recognition, cash flow, cost, expense items, and their underlying documentation which [the auditor] had previously raised" with Gridsum.

## JURISDICTION AND VENUE

6.      The claims asserted herein arise under and pursuant to §§ 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5) and Sections 11 and 15 of the Securities Act (15 U.S.C. § 77k and § 77o, respectively).

7.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, Section 27 of the Exchange Act, and Section 22 of the Securities Act (15 U.S.C. § 77v).

8.      Venue is properly laid in this District pursuant to Section 27 of the Exchange Act, Section 22 of the Securities Act (15 U.S.C. § 77v) and 28 U.S.C. §1391(b). Gridsum's ADSs trades under the NASDAQ, located within this District.

9.      In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

10.     Plaintiff, as set forth in the attached Certification, acquired Gridsum securities traceable to the Company's IPO and at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

11.     Defendant Gridsum is headquartered in China, with principal executive offices located at Jade Palace Hotel Office Building, 76 Zhichun Road Haidian District, 8th Floor, Beijing, China 100086. Gridsum's ADRs trade on the NASDAQ under the ticker symbol "GSUM."

12.     *Defendant Guosheng Qi* ("Qi") founded and has served at all relevant times as the Company's Chief Executive Officer ("CEO") and Chairman.  Defendant Qi signed the Company's Registration Statement.

13.     *Defendant (Michael) Peng Zhang* ("Zhang") has served as the Company's Chief Financial Officer ("CFO") since February 2014.   Defendant Zhang signed the Company's Registration Statement.

14.     *Defendant Goldman Sachs (Asia) L.L.C.* ("Goldman Sachs") served as an underwriter to Gridsum in connection with the Offering.   Goldman beneficially owns 10% or more of our ordinary shares of the Company.

15.     *Defendant Citigroup Global Markets Inc.* ("Citigroup") served as an underwriter to Gridsum in connection with the Offering.

16.     *Defendant Stifel, Nicolaus & Company, Incorporated* ("Stifel") served as an underwriter to Gridsum in connection with the Offering.

17.     Defendants referenced above in ¶¶ 12-13 are sometimes referred to herein as the "Individual Defendants."

18.    Defendants referenced above in ¶¶ 14-16 are sometimes referred to herein as the "Underwriter Defendants."

## SUBSTANTIVE ALLEGATIONS

19.    On September 21, 2016, the Company filed with the SEC a Form F-1 Registration Statement which offered 6,521,740 American depositary shares of Gridsum American Depositary Shares.  The Form F-1 provided Gridsum shareholders with summary consolidated statements of operations data for the six months ended June 30, 2015 and 2016, and summary consolidated balance sheet data as of June 30, 2016, which was derived from the Company's unaudited interim consolidated financial statements.  The unaudited interim consolidated financial statements were prepared on the same basis as the Company's audited consolidated financial statements and include all adjustments, consisting of normal and recurring adjustments, that the Company consider necessary for a fair statement of our financial position and operating results for the periods presented.

20.    The Form F-1 Registration statement proved in relevant part:

You should read this Summary Consolidated Financial Data section together with our consolidated financial statements and the related notes and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included elsewhere in this prospectus.  Our consolidated financial statements are prepared in accordance with U.S. GAAP. Our historical results are not necessarily indicative of results expected for future periods.

| | For the Year Ended December 31, | | | | For the Six Months Ended June 30, | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2013 | 2014 | 2015 | | 2015 | 2016 | |
| | RMB | RMB | RMB | US$ | RMB | RMB | US$ |
| | (in thousands, except for share, per share and per ADS data) | | | | | | |
| **Consolidated Statements of Operations Data:** | | | | | | | |
| Revenues: | | | | | | | |
| Enterprise | 57,025 | 104,891 | 208,157 | 31,321 | 75,483 | 133,918 | 20,150 |
| e-Government and other | 6,414 | 21,340 | 29,467 | 4,434 | 10,029 | 16,648 | 2,505 |
| Less: Business tax and surcharges | (892) | (1,711) | (2,785) | (419) | (878) | (2,499) | (376) |
| Net revenues | 62,547 | 124,520 | 234,839 | 35,336 | 84,634 | 148,067 | 22,279 |
| Cost of revenues[1] | (13,810) | (21,143) | (35,237) | (5,302) | (11,500) | (20,023) | (3,013) |
| Gross profit | 48,737 | 103,377 | 199,602 | 30,034 | 73,134 | 128,044 | 19,266 |
| Operating expenses: | | | | | | | |
| Sales and marketing expenses[1] | (29,012) | (46,880) | (84,548) | (12,722) | (33,351) | (52,214) | (7,857) |
| Research and development expenses[1] | (20,385) | (38,137) | (100,186) | (15,075) | (40,178) | (66,956) | (10,075) |
| General and administrative expenses[1] | (30,276) | (54,931) | (60,540) | (9,109) | (27,861) | (37,466) | (5,637) |
| Total operating expenses | (79,673) | (139,948) | (245,274) | (36,906) | (101,390) | (156,636) | (23,569) |
| Loss from operations | (30,936) | (36,571) | (45,672) | (6,872) | (28,256) | (28,592) | (4,303) |
| Other income/ (expense): | | | | | | | |
| Foreign currency exchange gain/(loss) | 296 | (766) | 1,339 | 201 | 672 | (889) | (134) |
| Interest income, net | 87 | 180 | 80 | 12 | 26 | 189 | 28 |
| Other income, net | 9 | 373 | 111 | 17 | — | (417) | (63) |
| Loss before income tax | (30,544) | (36,784) | (44,142) | (6,642) | (27,558) | (29,709) | (4,472) |
| Income tax expense | (130) | (476) | (4,693) | (706) | — | — | — |
| Net loss | (30,674) | (37,260) | (48,835) | (7,348) | (27,558) | (29,709) | (4,472) |
| | — | — | (16) | (2) | — | (27) | (4) |

21.    On September 22, 2016, the Company filed with the SEC a prospectus offering

Gridsum ADSs at $13.00:

| | Per ADS | | Total | |
| --- | --- | --- | --- | --- |
| Initial public offering price | US$ | 13.00 | US$ | 87,100,000 |
| Underwriting discounts and commissions[1] | US$ | 0.91 | US$ | 6,097,000 |
| Proceeds, before expenses, to us | US$ | 12.09 | US$ | 81,003,000 |

22.     The Company's offering material contained summary consolidated statements of operations data for the six months ended June 30, 2015 and 2016, and summary consolidated balance sheet data as of June 30, 2016.

23.     The Company's offering material stated in relevant part:

We have grown rapidly in recent periods, with net revenues in 2013, 2014 and 2015 of RMB62.5 million, RMB124.5 million and RMB234.8 million (US$35.3 million), respectively, representing year-over-year growth of 99% and 89%, respectively, and net revenues in the six months ended June 30, 2015 and 2016 of RMB84.6 million and RMB148.1 million (US$22.3 million), respectively, representing period-over-period growth of 75%. We have continued to make expenditures and investments, including in our technologies, personnel, sales and marketing, infrastructure and operations, and incurred net losses of RMB30.7 million, RMB37.3 million, RMB48.8 million (US$7.3 million) and RMB29.7 million (US$4.5 million) in 2013, 2014, 2015 and the six months ended June 30, 2016, respectively. Our customers increased in number from 141 in 2013 to 211 in 2014 and 307 in 2015, and over the same period, our average customer contribution increased 33% and 30% year over year. We enjoy high customer loyalty and revenue retention, with 168%, 116% and 138% revenue retention rates in 2013, 2014 and 2015, respectively. We calculate average customer contribution by dividing total net revenues in a period by total number of customers in the same period. Our revenue retention rate consists of aggregate net revenues from all customers in the prior period that remain customers in the current period, divided by total net revenues from all customers in that prior period.

24.     On March 15, 2017, the Company issued a press release entitled "Gridsum Reports Unaudited Fourth Quarter and Full Year 2016 Financial Results." It was in this press release that the Company stated:

**BEIJING**, March 15, 2017 (GLOBE NEWSWIRE) — Gridsum Holding Inc. ("Gridsum" or the "Company") (NASDAQ: GSUM), a leading provider of cloud-based data analytics solutions in China, today reported its unaudited financial results for the fourth quarter and full year ended December 31, 2016. The Company will hold a conference call at 8:30 p.m. Eastern Time on March 15, 2017, or 8:30 a.m. Beijing Time on March 16, 2017. Dial-in details are provided at the end of this release.

**Fourth Quarter 2016 Financial Highlights**

•       Net revenues increased by 66.7% to RMB153.5 million (US$22.1 million) from RMB92.1 million in the comparable period in 2015, driven by 62.7%

7

growth in Enterprise revenues and 116.4% increase in e-Government and other revenues.

- Gross profit increased by 70.0% to RMB131.7 million (US$19.0 million) from RMB77.5 million in the comparable period in 2015.

- Income from operations increased by 133.2% to RMB7.3 million (US$1.0 million) from RMB3.1 million in the comparable period in 2015.

**Full Year 2016 Financial Highlights**

- Net revenues increased by 70.4% to RMB400.3 million (US$57.6 million) from RMB234.8 million in the prior year, driven by 68.1% growth in Enterprise revenues and 101.6% increase in e-Government and other revenues.

- Gross profit increased by 73.7% to RMB346.8 million (US$49.9 million) from RMB199.6 million in the prior year.

- Loss from operations narrowed by 19.5% to RMB36.8 million (US$5.3 million) from RMB45.7 million in the prior year.

"We are delighted to report another quarter of solid growth in both our financial and operating performance," stated Mr. Guosheng Qi, Chief Executive Officer of Gridsum. "Our topline continued to witness significant momentum in the quarter with revenues exceeding our expectations. This strong performance was driven by both new customer wins as well as an increase in average revenue per customer. In 2016, we had 395 total customers, representing a 28.7% year-over-year increase. Additionally, average revenue per customer increased by 35.5% year over year to RMB1.0 million. These solid metrics demonstrate that our innovative DNA is a core component of our success, and our commitment to strengthen our R&D capabilities remains robust. This is exemplified by the increase in the number of granted and pending patents, which have accumulated to over 60 and 1,500 as of December 31, 2016, respectively. In addition, we are pleased to announce that Gridsum has established a strategic alliance with Tencent Cloud, the cloud computing arm of Tencent Group that focuses on government and business customers. This collaboration will initially explore ways to jointly leverage both Tencent's impressive bank of technology as well as our big-data, machine-learning platform focused toward products and solutions for the legal services sector. Going forward, we will continue to leverage our first-mover advantage, competitive product offerings as well as our leading big data, machine learning and artificial intelligence (AI) platform to further penetrate into new markets. We firmly believe in the immense market potential in China for Gridsum and our ability to seize upon these opportunities to generate significant value for our shareholders going forward."

Mr. Michael Zhang, Chief Financial Officer of the Company, commented, "Driven by a 62.7% increase in Enterprise revenues and a 116.4% increase in e-Government and other revenues, our net revenues experienced solid growth of 66.7% year over year in the fourth quarter. Meanwhile, our 2016 full year revenues increased by 70.4% year over year. As our business grows, we will continue to invest to further strengthen our portfolio of products and the robustness of those products, as well as to broaden Gridsum's market visibility with targeted investment into sales and marketing to fuel our continued growth. We will also continue to expand into new markets that possess significant growth potential and believe we are well positioned, with the right strategy, to capitalize on this dynamic growth momentum and further fortify our position as China's leading cloud-based data analytics and enterprise SaaS provider."

**Fourth Quarter 2016 Financial Results**

REVENUES: Net revenues for the fourth quarter of 2016 increased by 66.7% to RMB153.5 million (US$22.1 million) from RMB92.1 million in the comparable period in 2015, driven by strong growth in Enterprise revenues and e-Government and other revenues.

Enterprise revenues increased by 62.7% to RMB128.4 million (US$18.5 million) in the fourth quarter of 2016 from RMB78.9 million in the comparable period in 2015. This growth was due to an increased number of customers as well as increased average revenue per customer. e-Government and other revenues increased by 116.4% to RMB30.0 million (US$4.3 million) in the fourth quarter of 2016 from RMB13.9 million in the comparable period in 2015. This growth was due to the increased demand from both e-Government and Law Dissector customers.

25.     On April 27, 2017, Gridsum filed an Annual Report on Form 20-F with the SEC, announcing the Company's financial and operating results for the quarter and fiscal year ended December 31, 2016 (the "2016 20-F"). For fiscal year 2016, Gridsum reported a net loss of $67.69 million, or $6.47 per diluted share, on revenue of $400.26 million, compared to a net loss of $48.82 million, or $8.52 per diluted share, on revenue of $234.84 million for fiscal year 2015.

26.     In the 2016 20-F, the Company stated in relevant part:

Our discussion and analysis of our financial condition and results of operations are based upon our consolidated financial statements, which have been prepared in accordance with U.S. GAAP, appearing elsewhere in this annual report. The preparation of these consolidated financial statements requires us to make estimates, judgments and assumptions that affect the reported amounts of assets,

liabilities, revenues, expenses and related disclosure of contingent assets and liabilities. We evaluate these estimates, judgments and assumptions on an ongoing basis for taxes.

Our estimates are based on historical experience and various other assumptions that we believe to be reasonable under the circumstances. These estimates form the basis for our judgments about the carrying values of assets and liabilities that are not readily apparent from other sources. Actual results may differ materially from such estimates under different assumptions or conditions.

27.    The 2016 20-F contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 by Defendants Qi and Zhang, stating, in relevant part, that the information contained in the 2016 20-F "fairly presents, in all material respects, the financial condition and results of operations of the Company."

28.    On May 26, 2017, Gridsum issued a press release, filed as Exhibit 99.1 to Form 6-K with the SEC, entitled "Gridsum Reports Unaudited First Quarter 2017 Financial Results." The press release stated in relevant part:

"The first quarter of 2017 was another solid quarter with robust financial and operating results," stated Mr. Guosheng Qi, Chief Executive Officer of Gridsum. "We are pleased to see our topline continue its strong growth momentum, primarily driven by solid customer base expansion, which we target to grow by 30-40% in 2017, and a steady increase in Average Revenue Per User ("ARPU").

\*      \*      \*

Mr. Michael Zhang, Chief Financial Officer of the Company, commented, "In the first quarter of 2017, our net revenues increased by 57.3% year over year to RMB100.6 million, driven by a solid 51.5% increase in our Enterprise revenues and 112.4% increase in e-Government and other revenues. The significant growth of our e-Government and other business was primarily driven by the better-thanexpected performance in all the three revenue streams of e-Government, new media and legal services with legal services, in particular, exhibiting exceptional growth. To fuel further topline growth, we will leverage our superior sales efficiency and continue our targeted investment in sales and marketing to broaden our market visibility. R&D will remain another key area of focused investment to strengthen our technology leadership and drive expansion into new products and services."

29.    On August 25, 2017, Gridsum issued a press release, filed as Exhibit 99.1 to Form

6-K with the SEC, entitled "Gridsum Reports Unaudited Second Quarter 2017 Financial Results."

The press release stated in relevant part:

> "We delivered strong financial and operating results once again in the second quarter of 2017," stated Mr. Guosheng Qi, Chief Executive Officer of Gridsum.

> "Our topline maintained its robust growth trajectory, primarily driven by solid customer base expansion and increased Average Revenue Per User ('ARPU'). We remain on target to grow our customer count by 30% to 40% in 2017. In particular, we were very effective in cross-selling and upselling our products and services to existing clients.

> \*    \*    \*

> Mr. Michael Zhang, co-Chief Financial Officer of the Company, commented, "In the second quarter of 2017, our net revenues increased by 43.8% year over year to RMB120.9 million, driven by a 34.6% increase in our Enterprise revenues and a 123.9% increase in e-Government and other revenues. Although our gross margin declined from 87.2% to 83.3% year over year, it is within our budgeted range and expectations as we increased our investment in optimizing and enhancing the performance and security of our system and database. During the quarter, we also increased our spending in sales and marketing as well as research and development, consistent with our strategy of augmenting our brand recognition and solidifying our technology leadership. At the same time, we are carefully monitoring the ROI of our investments and making sure that our cost structure is optimized for efficiency. Going forward, we will continue to prudently invest in our future growth."

30.    November 29, 2017, Gridsum issued a press release, filed as Exhibit 99.1 to Form

6-K with the SEC, entitled "Gridsum Reports Unaudited Third Quarter 2017 Financial Results."

The press release stated in relevant part:

> Mr. Guosheng Qi, Chief Executive Officer of Gridsum, commented, "We delivered another strong quarter of growth driven by our continued effectiveness at attracting new clients, including companies such as Dyson, Domino's, Stanley Black and Decker, Union Life, Viking Cruise, and others, to our core marketing automation business, and cross selling and upselling additional products and features which drove growth of average revenue per customer ('ARPU') within our expanding portfolio of clients. We have also made considerable progress in our strategy to develop solutions for new verticals, such as an intelligent customer relationship management system (CRM) which is anticipated to be launched next month and

the industrial internet of things (IIoT). In August, Mr. Xijian Liu joined us as our chief strategy officer. He also heads our newly established IIoT division. Mr. Liu's more than three decades of IT and strategic management experience at one of the largest state-owned petrochemical companies in China lays a solid foundation for our rapid development in the IIoT space. Moving forward, we will continue to consolidate long-term relationships with our clients and delve deeper into their businesses by offering solutions to multiple parts of their organizations to help them with their digital transformations. We continue to target having around half of our growth being driven by new client additions, and around half from ARPU expansion."

\*     \*     \*

Mr. Michael Zhang, co-Chief Financial Officer of Gridsum, concluded, "During the quarter, enterprise revenues increased by 47.8% while e-Government and other revenues increased by an even faster 98.0%, albeit from a smaller base. We continue to invest for the future while carefully balancing growth opportunities with a path to profitability. We believe that with rapid top line growth our operating leverage will become more significant. We have already started to see solid leverage from our sales and marketing ('S&M') spending, and we expect to see greater stability in our research and development ('R&D') and general and administrative ('G&A') spending, which should put us on a stronger path to profitability. R&D remains a critical element of our business to ensure that we maintain our leading position in the enterprise SaaS space over the short, medium and long term. As such, we expect that R&D spending, in absolute terms, to continue growing at a sustainable level in the coming quarters."

31.    The statements referenced above were materially false and misleading because Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operational and compliance policies.    Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Gridsum lacked effective internal control over financial reporting; (ii) consequently, Gridsum's financial statements were inaccurate and misleading, and did not fairly present, in all material respects, the financial condition and results of operations of the Company; and (iii) as a result of the foregoing, Gridsum's public statements were materially false and misleading at all relevant times.

## THE TRUTH BEGINS TO EMERGE

32.    On April 23, 2018, Gridsum issued a press release entitled "Gridsum Reports

Suspension of Audit Report on Financial Statements," announcing that its "audit report for the

Company's financial statements for the year ended December 31, 2016 should no longer be

relied upon."  The press release further stated in relevant part:

> BEIJING, April 23, 2018 — Gridsum Holding Inc. ("Gridsum" or "Company") (NASDAQ:GSUM), a leading provider of cloud-based big-data analytics and artificial intelligence ("AI") **solutions in China, today reported that on April 20, 2018, PricewaterhouseCoopers Zhong Tian LLP ("PwC"), the Company's independent registered public accounting firm, notified the Company's Board of Directors and Audit Committee that PwC's audit report for the Company's financial statements for the year ended December 31, 2016 should no longer be relied upon.  Therefore, investors should not rely on that audit opinion.**
>
> **In its letter, dated April 16, 2018 ("PwC Letter"), PwC informed the Company of certain issues it had identified in conducting its audit of the Company's financial results for the year ended December 31, 2017. Those issues relate to certain revenue recognition, cash flow, cost, expense items, and their underlying documentation which PwC had previously raised with the Company**.  Of the items specifically identified in the PwC Letter, the Company estimates a 2016 revenue impact of approximately RMB 2 million and a 2016 expense impact of approximately RMB 6 million. There can be no assurance that the Company or PwC will not identify more items as the Company finalizes the review. The Audit Committee Chairman and the Company's Co-Chief Financial Officer have discussed the topics covered by the PwC Letter with representatives of PwC. The Company's Audit Committee is fully investigating these issues with assistance from external legal and accounting advisors and is working diligently toward an expeditious conclusion of the investigation. The Company undertakes no obligation to update its disclosures on this topic until the Audit Committee investigation is complete. Because PwC will not be in a position to issue reports on the Company's financial statements until the Audit Committee completes its review and PwC is satisfied that any outstanding issues have been satisfactorily addressed, **the Company's 20-F filing will be delayed until such audit is completed**.
>
> Mr. Guosheng Qi, Chief Executive Officer of Gridsum, commented, "For many years, starting well before our IPO, we have been committed to transparency and good corporate governance and remain so. When we became aware of certain accounting issues, we immediately took measures to address this situation. Our Audit Committee started an investigation and appointed a respected global law firm to conduct that review with the assistance of 'big four' forensic accounting specialists. This work is still ongoing. I have full confidence in the integrity and professionalism of all parties involved and we hope to report our results as soon as practicable after that work concludes. Meanwhile, we continue to make good

progress in our efforts to grow the Company and expand our product range and client base. Our fundamentals and business prospects remain robust, and we look forward to continuing to work toward increasing shareholder value." [Emphasis added.].

33.    On this news, Gridsum's ADR price fell $1.17, or 16.04%, to close at $6.12 on April 23, 2018.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

34.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Gridsum securities during the Class Period (the "Class") and pursuant to the IPO; and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

35.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Gridsum securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Gridsum or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

36.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

37.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.  Plaintiff has no interests antagonistic to or in conflict with those of the Class.

38.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.   Among the questions of law and fact common to the Class are:

- •    whether the federal securities laws were violated by Defendants' acts as alleged herein;

- •    whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Gridsum;

- •    whether Defendants caused Gridsum to issue false and misleading financial statements during the Class Period;

- •    whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- •    whether the prices of Gridsum securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- •    whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

39.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the

wrongs done to them.    There will be no difficulty in the management of this action as a class action.

## COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

40.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

41.    This Count is asserted against defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

42.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Gridsum securities and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Gridsum securities and options at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

43.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described

above, including statements made to securities analysts and the media that were designed to influence the market for Gridsum securities.  Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Gridsum's finances and business prospects.

44.    By virtue of their positions at Gridsum, the Individual Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, the Individual Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to defendants. Said acts and omissions of the Individual Defendants were committed willfully or with reckless disregard for the truth.  In addition, the Individual Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

45.    Information showing that defendants acted knowingly or with reckless disregard for the truth is peculiarly within defendants' knowledge and control.  As the senior managers and/or directors of Gridsum, the Individual Defendants had knowledge of the details of Gridsum's internal affairs.

46.    The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Gridsum. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Gridsum's businesses, operations, future financial condition and future prospects.  As a result of the

dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Gridsum securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Gridsum's business and financial condition which were concealed by defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Gridsum securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants and were damaged thereby.

47.    During the Class Period, Gridsum securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Gridsum securities at prices artificially inflated by defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Gridsum securities was substantially lower than the prices paid by Plaintiff and the other members of the Class.  The market price of Gridsum securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

48.    By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

49.    As a direct and proximate result of defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases,

acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### (Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)

50.    Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

51.    During the Class Period, the Individual Defendants participated in the operation and management of Gridsum, and conducted and participated, directly and indirectly, in the conduct of Gridsum's business affairs. Because of their senior positions, they knew the adverse non-public information about Gridsum's misstatement of income and expenses and false financial statements.

52.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Gridsum's financial condition and results of operations, and to correct promptly any public statements issued by Gridsum which had become materially false or misleading.

53.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to and did control the contents of the various reports, press releases and public filings which Gridsum disseminated in the marketplace during the Class Period concerning Gridsum's results of operations.    Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Gridsum to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Gridsum within the

meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Gridsum securities.

54.     Each of the Individual Defendants, therefore, acted as a controlling person of Gridsum. By reason of their senior management positions and/or being directors of Gridsum, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Gridsum to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Gridsum and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

55.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Gridsum.

## COUNT III

### For Violations of Section 11 of the Securities Act (Against All Defendants)

56.     Plaintiff repeats and realleges each and every allegation contained above.  This count is predicated upon Defendants' strict liability for making false and materially misleading statements in the Registration Statement.

57.     This Count does not sound in fraud.  Any proceeding allegations of fraud, fraudulent conduct, or improper motive are specifically excluded from this Count.  Plaintiff does not allege for this Count that Defendants had scienter or fraudulent intent, which are not elements of this claim.

58.     This Count is brought pursuant to Section 11 of the Securities Act, 15 U.S.C.§ 77k, on behalf of the Class, against all Defendants.

59.    As discussed herein, the Registration Statement for the IPO was inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary in order to make the statements not misleading, and omitted to state material facts required to be stated therein.

60.    Gridsum is the registrant for the IPO.   The Individual Defendants are responsible for the contents of the Registration Statement based upon their status as directors of the Company or because they signed or authorized the signing of the Registration Statement on their behalf pursuant to Section 11(a)(1)-(3) of the Securities Act.  The Underwriter Defendants are responsible for the contents of the Registration Statement pursuant to Section 11(a)(5) of the Securities Act.

61.    As issuer of the shares, Gridsum is strictly liable to Plaintiff and the Class for any misstatements and omissions.   The Individual Defendants named herein made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statement were true and without omissions of any material facts and were not misleading.

62.    By reason of the conduct alleged herein, each Defendant violated, and/or controlled a person who violated, Section 11 of the Securities Act.

63.    Plaintiff acquired Gridsum common stock pursuant and/or traceable to the Registration Statement for the IPO.

64.    Plaintiff and the Class have sustained damages.  The value of Gridsum's common stock has declined substantially subsequent to and due to Defendants' violations.

65.    At the time of their purchases of Gridsum securities, Plaintiff and other members of the Class were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts.  Less than one year has elapsed from the

time that Plaintiff discovered or reasonably could have discovered the facts upon which this complaint is based to the time that Plaintiff filed this complaint. Less than three years has elapsed between the time that the securities upon which this Count is brought were offered to the public and the time Plaintiffs filed this complaint.

## COUNT IV:

### For Violations of Section 15 of the Securities Act (Against the Individual Defendants)

66.     Plaintiff repeats and realleges each and every allegation contained above.

67.     This Count does not sound in fraud. Any proceeding allegations of fraud, fraudulent conduct, or improper motive are specifically excluded from this Count. Plaintiff do not allege for this Count that Defendants had scienter or fraudulent intent, which are not elements of this claim.

68.     This Count is brought pursuant to Section 15 of the Securities Act against the Individual Defendants.

69.     Each of the Individual Defendants acted as controlling persons of Gridsum within the meaning of Section 15 of the Securities Act by virtue of his position as a director and/or senior officer of Gridsum. By reason of their senior management positions and/or directorships at the Company, as alleged above, the Individual Defendants, individually and acting pursuant to a common plan, had the power to influence and exercised the same to cause Gridsum to engage in the conduct complained of herein. Further, the Individual Defendants' positions made them privy to and provided them with actual knowledge of the material facts concealed from Plaintiff and the Class. By reason of such conduct, the Individual Defendants are liable pursuant to Section 15 of the Securities Act.

70.     Each of the Individual Defendants was a culpable participant in the violations of Section 11 of the Securities Act alleged in Count I above, based on their having signed the IPO Registration Statement and having otherwise participated in the process which allowed the IPO to be successfully completed.

71.     By virtue of the conduct alleged herein, the Individual Defendants are liable for the aforesaid wrongful conduct and are liable to Plaintiff and the Class for damages suffered.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post- judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: June 25, 2018

GAINEY McKENNA & EGLESTON

By: _____

Gregory M. Egleston
Thomas J. McKenna
440 Park Avenue South
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

## CERTIFICATION OF NAMED PLAINTIFF

I, **Xuechun Li**          ("Plaintiff") hereby retain the Gainey McKenna & Egleston and such co-counsel it deems appropriate to associate with, subject to their investigation, to pursue my claims on a contingent fee basis and for counsel to advance the costs of the case, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *Gridsum Holding Inc. (GSUM)* securities that are the subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 700 | GSUM | Buy | 12-19-16 | 16.483 |
| 100 | GSUM | Sell | 4-27-2018 | 5.1 |
| 100 | GSUM | Sell | 5-1-2018 | 5.2 |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

Plaintiff has sought to serve as a class representative in the following cases within the last three years: NONE.

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21th day of _____ May _____, 2018

_____
Signature

**Xuechun Li**
_____
Print Name